No. 12–509. BUCKLAND ET UX. *v.* BUCKLAND ET AL. C. A. 10th Cir. Certiorari denied. ██

No. 12–512. MAYER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–513. JALLALI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 12–519. WOOTTEN *v.* FISHER INVESTMENTS, INC., ET AL. C. A. 8th Cir. Certiorari denied. 

No. 12–523. LUCKERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF SAMPSON, DECEASED *v.* DODGE COUNTY, NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 12–524. CALABRESE *v.* NEW JERSEY DEPARTMENT OF TAXATION. C. A. 3d Cir. Certiorari denied. 

No. 12–530. WALLS ET AL. *v.* MABUS, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–532. BROWN ET AL. *v.* HENLEY. C. A. 8th Cir. Certiorari denied. 

No. 12–540. RSM PRODUCTION CORP. *v.* FRESHFIELDS BRUCK-HAUS DERINGER U. S. LLP ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 12–541. SCHOTTEL *v.* YOUNG. C. A. 8th Cir. Certiorari denied. 

No. 12–543. VARY *v.* BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–549. CINEAS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 12–563. LOESEL ET AL. *v.* CITY OF FRANKENMUTH, MICHIGAN; and
No. 12–712. CITY OF FRANKENMUTH, MICHIGAN *v.* LOESEL ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 692 F. 3d 452.